IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00503-PAB-02

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.    PARIS PETERSON,

      Defendant.

---

## ORDER

---

The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 having come before the Court and the Court being fully advised:

IT IS HEREBY ORDERED that the Defendant receive the 3 levels reduction in the offense level for acceptance of responsibility as provided by §3E1.1(b).

DATED May _14_, 2010.

                                BY THE COURT:

                                _____
                                PHILIP A. BRIMMER
                                United States District Judge