IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00503-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. PARIS PETERSON,

    Defendant.

---

**ORDER**

---

This matter is before the Court upon motion of the government [Docket No. 57] to dismiss Count 2 of the Indictment in the above-entitled matter as to defendant Paris Peterson only, and the Court having considered the same, it is

ORDERED that Count 2 of the Indictment in the above-captioned matter is dismissed as to defendant Paris Peterson.

DATED May 14, 2010.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge